# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 234 EAL 2014 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| RUDOLPH EBINGER, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

  **AND NOW**, this 8th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.